UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

BRENDA HILL

       Plaintiff,

v().                                          Civil Action No.: 1:09-CV-155

NCO FINANCIAL SYSTEMS, INC.

       Defendant.
_____

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Brenda Hill hereby voluntarily dismisses this action against Defendant NCO Financial Systems, Inc.

DATED:  March 5, 2009

                                              /s/Kenneth R. Hiller, Esq.
                                              Kenneth R. Hiller, Esq.
                                              Attorney for Plaintiff
                                              6000 North Bailey Avenue, Suite 1A
                                              Amherst, New York  14226
                                              Phone:  (716)564-3288
                                              Email: khiller@kennethhiller.com